UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD HARTWELL, | Case No. 5:11-CV-0575 EJD |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| WACHOVIA MORTGAGE, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on April 20, 2012. Based on the Joint Case Management Statement (see Docket Item No. 19), the court finds that a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference is CONTINUED to July 13, 2012 at 10:00am. The parties shall file a Joint Case Management Statement no later than July 3, 2012.

**IT IS SO ORDERED.**

Dated: April 17, 2012

EDWARD J. DAVILA
United States District Judge

Case No. 5:11-CV-05757 EJD
CASE MANAGEMENT ORDER