UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD HARTWELL,<br><br>               Plaintiff,<br>   v.<br><br>WACHOVIA MORTGAGE, et al.,<br><br>               Defendants. | Case No. 5:11-CV-0575 EJD<br><br>**CASE MANAGEMENT ORDER** |

      This case is scheduled for a Case Management Conference on April 20, 2012. Based on the Joint Case Management Statement (see Docket Item No. 19), the court finds that a Case Management Conference would be premature at this time.

      Accordingly, the Case Management Conference is CONTINUED to July 13, 2012 at 10:00am. The parties shall file a Joint Case Management Statement no later than July 3, 2012.

**IT IS SO ORDERED.**

Dated: April 17, 2012

                                              EDWARD J. DAVILA<br>                                              United States District Judge